IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FREDERICK DOUGLAS FERGUSON, II, )<br>    Petitioner,                                      )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>COMMONWEALTH OF VIRGINIA, *et al.*,)<br>    Respondents.                                 ) | Civil Action No. 7:16-cv-00435<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

## MEMORANDUM OPINION

Petitioner Frederick Douglas Ferguson, II, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court conditionally filed the petition and directed Ferguson to provide the court with certain financial documentation. On February 7, 2017, the court's order was returned to the court as undeliverable and with no forwarding address. Ferguson has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Ferguson's petition without prejudice. Ferguson is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: April 3, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge